# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

CHRIS A. WILLIAMS,

                        **CIVIL NUMBER:  4:22-cv-00025-RGE-HCA**

      Plaintiff(s),

v.                         **JUDGMENT IN A CIVIL CASE**

HY-VEE, INC. and DOES 1-10,

      Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Pursuant to Order Re Pending Motions [129] the case is dismissed. Judgment is entered in favor of the Defendant Hy-Vee, Inc. and against Plaintiff Chris A. Williams.

Date: August 18, 2023

CLERK, U.S. DISTRICT COURT

/s/  Kandy Sands
_____
By: Deputy Clerk